UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                                Case No. **25-mj-30089**
                                                                  Originating No.25MJ8078


**AHMED SULTAN FARAZ**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **AHMED SULTAN FARAZ,** to answer to charges pending in another federal district, and states:

1. On **February 26, 2025,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of Florida based on a Complaint**.  Defendant is charged in that district with violation of **18 USC Section 2252A(a)(2) and (b)(1) – Conspiracy to Distribute Child Pornography and Distribution of Child Pornography**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer

proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JULIE BECK
Acting United States Attorney


s/*Ann Nee*
ANN NEE
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: February 26, 2025